UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE WRIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, COMMISSIONER ) <br> OF SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CV 11-0802 JAK (FMO) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed.

DATED: November 29, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE