# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE WRIGHT, | NO. CV 11-0802 JAK (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed.

DATED: November 29, 2011.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE